IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-887-RBJ

BRILLIANT OPTICAL SOLUTIONS LLC,

  Plaintiff,

v.

ZAYO GROUP, LLC,

  Defendants.

---

## NOTICE OF RELATED CASES

---

  Defendant Zayo Group, LLC, pursuant to D.C. COLO. L. Civ. R. 7.5, hereby notifies the Court of the following related cases that have at least one party in common with the present case:

  Brilliant Optical Solutions LLC v. Comcast Corporation, United States District Court for the District of Colorado, Civil Action No. 1:13-cv-00886-REB-KMT

  Brilliant Optical Solutions LLC v. XO Holdings, Inc., et al., United States District Court for the Eastern District of Missouri, Civil Action No. 4:13-cv-00615-CDP

  Brilliant Optical Solutions LLC v. Windstream Corporation, United States District Court for the Eastern District of Missouri, Civil Action No. 4:13-cv-00618-CDP

  Brilliant Optical Solutions LLC v. Earthlink, Inc., United States District Court for the Eastern District of Missouri, Civil Action No. 4:13-cv-00619-HEA

  Brilliant Optical Solutions LLC v. Charter Communications, Inc., United States District Court for the Eastern District of Missouri, Civil Action No. 4:13-cv-00780-SPM

  Brilliant Optical Solutions LLC v. Cox Communications, Inc., United States District Court for the Western District of Missouri, Civil Action No. 4:13-cv-00354-GAF

Brilliant Optical Solutions LLC v. FairPoint Communications, Inc., United States District Court for the Western District of Missouri, Civil Action No. 4:13-cv-00355-HFS

Brilliant Optical Solutions LLC v. Google, Inc., United States District Court for the Western District of Missouri, Civil Action No. 4:13-cv-00356-ODS

Brilliant Optical Solutions LLC v. Time Warner Cable, Inc., United States District Court for the Western District of Missouri, Civil Action No. 4:13-cv-00424-GAF

In each of these cases, Plaintiff Brilliant Optical Solutions LLC alleges that the Defendant(s) infringes U.S. Patent 5,555,478 ("the '478 patent"), which is the same patent at issue in the present case. Zayo Group, LLC anticipates that this case and the related cases may have overlapping issues of fact and law, such as the scope and content of the prior art and the validity of the '478 patent.

Dated: June 3, 2013                                    Respectfully submitted,

                                                                                   /s/ Krishnan Padmanabhan

Krishnan Padmanabhan
Winston & Strawn LLP
200 Park Ave.
New York, NY 10166
T: (212) 294-6700
F: (212) 294-4700
kpadmanhdab@winston.com

*Attorneys for Zayo Group, LLC*

## Certificate of Service

I hereby certify that on June 3, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Krishnan Padmanabhan*
Krishnan Padmanabhan
