# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

BRILLIANT OPTICAL SOLUTIONS LLC )
)
    *Plaintiff*, )
)
v. ) Case No. 1:13-cv-887-RBJ
)
)
ZAYO GROUP, LLC ) **JURY TRIAL DEMANDED**
)
    *Defendant*. )
_____)

## DECLARATION OF JASON C. SCHMIDT

I, Jason C. Schmidt, declare as follows:

1. My name is Jason Christopher Schmidt. I am a member of the Bar of the State of Missouri and California and am a contract attorney with the firm of Simmons Browder Gianaris Angelides & Barnerd LLC, One Court Street, Alton, Illinois, 62002.

2. I am over 18 years of age and I have first-hand knowledge of the facts set forth herein, or have learned these facts first hand, and if called and sworn as a witness, I could and would testify competently and from personal knowledge as to these facts.

3. Attached as Exhibit A is a true and correct copy of screenshot printed from the webpage as I viewed it on Thursday, August 1, 2013.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and accurate.

Executed in Alton, Illinois on August _1_, 2013

*Jason C. Schmidt*