**EXHIBIT A**

Letter From CEO on Zayo Group Organizational Structure | Benzinga



# Letter From CEO on Zayo Group Organizational Structure

**Benzinga Staff**

August 12, 2010 10:39 PM

| Print | Email |





**99% of my stocks have gone up way up**

99% of my recent 243 stock picks have been winners.

96 of these moved up over 100%, 42 gained over 250% and 18 rocketed up 500% and more!

**GET MY NEXT PICK HERE**



LOUISVILLE, Colo.--(BUSINESS WIRE)--
Zayo Group President and CEO Dan Caruso provided an update on recent organizational structure changes.

"Over the past several months, Zayo Group has made several organizational adjustments. This memo will summarize the resulting organization structure of Zayo Group.

In June, Zayo Group brought two independent directors onto its board: Rick Connor and Don Detampel. Messers Connor and Detampel join Dan Caruso, Gillis Cashman, Michael Choe, Tony Downer, and John Siegel on Zayo Group's seven-person board. Mr. Connor assumed the role of Audit Committee Chair and Mr. Detampel was named Compensation Committee chair. The addition of Mr. Connor and Mr. Detampel are the initial steps of a transition to a fully independent board.

Ken desGarennes has been Zayo Group's CFO since November 2007. Recently, Mr. desGarennes' role has expanded to include corporate development, investor relations, and legal. The senior members of Mr. desGarennes' team are Scott Beer, Scott Reardon, and Tim Gentry. Mr. Beer has been Zayo Group's General Counsel since inception; since late 2009 he has reported to Mr. desGarennes. Mr. Reardon joined Zayo Group in May 2010 as VP of Corporate Development. In July, his role was expanded to include investor relations. Mr. Gentry has been Zayo Group's Controller since inception.

John Scarano is a Co-Founder of Zayo Group and has been COO of Zayo Group since inception. In 2008, Zayo began to organize itself into multiple independent business units. As part of this transition, Mr. Scarano assumed the additional title of President of Zayo Bandwidth ("ZB"), which is Zayo's largest, most profitable business unit. As the scope of ZB increased and as the other business units became autonomous, the role of President of Zayo Bandwidth became Mr. Scarano's primary focus. As part of the organizational adjustments, Mr. Scarano's title of Zayo Group COO was modified to become Zayo Bandwidth COO, so his title is now President and COO of Zayo Bandwidth.

Key members of Mr. Scarano's team are Marty Snella, Chris Morley, Peter Schulz, Chris Yost, Brad



Get Benzinga's News Delivered Free

☑ Zing Talk: Daily Top Stories
☑ Pre-Market Outlook
☐ Weekly ETF Outlook
☐ Daily Ratings Summary

▼ Posts by Benzinga Staff

**Internet Phone System** 
BroadviewNet.com/VoIP_Phone
The Easiest-To-Use Phone System!
Affordable & Mobile - Get A Quote

**Set Up an S-Corp Online** 
RocketLawyer.com/S-Corp-Filing
S-Corp in 5 Minutes. Simple. S-Corp Filing that is Simple.

**Senior Cell Phone Plans** 
CellPlus.com/Phone-Plans
Compare Rates On Cell Phone Plans For Seniors Now!

AdChoices ▷



06:39 PM — Benzinga's M&A Chatter for Tuesday April 30, 2013
6:37 PM — Petrobras Sells Stake in Gulf of Mexico Blocks for $110M
6:31 PM — ManpowerGroup Raises Semi-Annual Dividend from $0.43 to $0.46/Share

## Free Reverse Phone Lookup

1) Search Any Phone Number Free
2) Get Full Owner Details Instantly

*Name, Address, Age & More!*

**Phone.PeopleSmart.com**




Cheedle, Chris Murphy, and Steve Williams. Mr. Snella joined Zayo Group in early 2008 and is responsible for engineering, operations, IT, and construction. Mr. Morley became ZB's CFO in 2009; later in 2009, his role was expanded to include product management. Mr. Schulz joined in 2009 and oversees service activation. Mr. Yost has been ZB's General Counsel since ZB's inception. Mr. Cheedle became part of the Zayo team in 2008 and heads up ZB's sales and marketing. Mr. Murphy, who was with Zayo since inception, and Mr. Williams, who joined in 2008, each oversee a carrier sales team and together are responsible for the majority of Zayo Group sales.

Matt Erickson was an original member of Zayo Group and has had many roles since Zayo's inception including strategy, corporate development, product management, and investor relations. In July of 2010, Mr. Erickson was named President of the newly created business unit Zayo Fiber Solutions ("ZFS"). ZFS provides dark fiber services and customer network construction for carriers, content companies, and enterprises in most of Zayo Group's markets.

Glenn Russo joined Zayo Group in 2008 as President of Zayo Enterprise Networks ("ZEN"). A significant part of ZEN's revenue is managed communications services such as CLEC services, hosted VoIP, and web hosting. A new division is being formed under Mr. Russo called Managed Communications Services ("MCS"). Karl Bradford, who has been with Zayo since early 2009, has been named General Manager of MCS.

Under Mr. Russo's leadership, ZEN's strategy is increasingly focused on providing bandwidth infrastructure and dark fiber services to local and regional customers. Whereas Zayo Bandwidth focuses on large carriers and service providers with requirements across Zayo's broad geographic footprint, ZEN focuses on customers whose needs are much more localized. To effectively serve these local customers, an on-the-ground local presence is required. ZEN is developing a regional General Manager structure to foster the relationships with local carriers, colocation providers, technology companies, healthcare, and educational verticals.

In September 2009, Zayo Group acquired Fibernet Telecom Group ("Fibernet"). Fibernet was a combination of a bandwidth infrastructure and a colocation services business. In late 2009, Zayo Colocation, Inc. ("zColo") was created to focus on colocation and interconnection services. In June 2010, David Howson joined Zayo as President of zColo.

In November 2007, Zayo Group acquired Onvoy. Approximately 40% of Onvoy's revenue was in wholesale voice services and this led to the creation of a business unit called Onvoy Voice Services ("OVS"). On March 12, 2010, as part of Zayo Group becoming a first time issuer of High Yield Bonds, OVS was spun out of Zayo Group, LLC. Zayo Group Holdings, Inc. owns both Zayo Group, LLC and OVS. Fritz Hendricks, a member of Zayo Group's executive team since the Onvoy acquisition, remained OVS' President. Zayo Group, LLC treats OVS as a related party in its financial reporting.

I believe strategic focus, management empowerment, and financial accountability are essential to creating value for our stakeholders. The business unit structure allows us to maintain focus, empowerment and accountability while prosecuting multiple telecom and Internet infrastructure strategies."

Dan Caruso
President and CEO, Zayo Group

<u>About Zayo Group</u>

Based in Louisville, Colo., privately owned Zayo Group (www.zayo.com) is a provider of telecom and Internet infrastructure services. Zayo provides its infrastructure services over its regional, metro fiber and fiber to the tower networks that span 144 markets and 27 states plus the District of Columbia. Zayo Group is organized into four distinct business units: Zayo Bandwidth, which focuses on the carrier and wholesale segment, Zayo Fiber Solutions, Zayo Enterprise Networks and zColo.

**Newsmax Health**

→ Top Lies Patients Tell Their Doctors
→ New Kidney Disease Definition Says 1 in 8 Sick
→ Stopping Alzheimer's: Exercise Better Than Drugs
→ Should Obama Use Zimmerman Verdict to Ban Guns?
→ 75% of Seniors Make This $152,000 Social Security Mistake
→ New Evidence Cellphones Cause Cancer

Letter From CEO on Zayo Group Organizational Structure | Benzinga

Photos/Multimedia Gallery Available: http://www.businesswire.com/cgi-bin/mmg.cgi?eid=6396142&lang=en

→ Doctor Explodes Biggest Cholesterol Myth of Our Time

→ Internet Therapy as Effective as Face-to-Face

What's This?

Zayo Group
Kristin Steele, 303-381-3276
ksteele@zayo.com

Advertisement

VectorVest Stock Analysis. Find out Whether a Stock is a Buy, Sell or Hold. Get your Free Stock Analysis simply by clicking here!



Advertisement

1 Weird Snoring Solution | E-Cigarette Revealed | Tired and Drowsy | You Can Boost Libido | Myrtle Beach Summer Deals

Crazy Language Video | Leaked | Clever Joint Solution | The End Of Obama? | Driver Distance Killer?

**0 comments**


Leave a message...

Best ▼   Community                                                      Share

No one has commented yet.

### ⊕ Around the Web, We're Loving...

| | |
|---|---|
| Why its time to sell Banco Santander | Female DNA Found on Boston Marathon Bomb |
| Visa, MasterCard May Show Slower Profit Growth | What Should You Know About AMZN? |

## Partner Network

   

**benzinga**

Benzinga is a fast-growing, dynamic and innovative financial media outlet that empowers investors with high-quality, unique content.

**Popular Channels**
Analyst Ratings
Be Your Own Boss
ETFs
Economics
Forex
Hot
News
Options
Press Releases
Start-ups
Tech

**Tools & Features**
Affiliate Program
Badges
Feeds
News Widget
Real Time Feed
Sitemap
Submit News Tips

**About Benzinga**
About Us
Blog
In the News
Careers
Contact Us
Disclaimer
Privacy Policy
Syndication
Terms and Conditions

**Benzinga Partners**

1 (877) 440-9464 (ZING)

Benzinga.com © 2013