# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| BRILLIANT OPTICAL SOLUTIONS LLC | )<br>)<br>) |
| *Plaintiff,* | )<br>) |
| v. | ) Case No. 1:13-cv-887-RBJ<br>)<br>) |
| ZAYO GROUP, LLC | ) **JURY TRIAL DEMANDED**<br>) |
| *Defendant.* | )<br>) |

## STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

Plaintiff Brilliant Optical Solutions LLC ("Plaintiff") and Defendant Zayo Group, LLC. ("Defendant"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and (c), hereby move for an order dismissing all claims and counterclaims WITH PREJUDICE. Each party shall bear its own costs, expenses and attorneys' fees.

Respectfully submitted,

PLAINTIFF BRILLIANT OPTICAL SOLUTIONS, LLC

By its attorneys,

Dated: October 29, 2013   By: */s/ Paul A. Lesko*

Paul A. Lesko
SIMMONS BROWDER GIANARIS
ANGELIDES & BARNERD LLC
One Court Street
Alton, IL 62002
Phone: (618) 259-2222
plesko@simmonsfirm.com

Sanjin Mutic
MILE HIGH LAW OFFICE, LLC

1

621 Seventeenth St., Ste. 1101
Denver, CO 80293
Phone: (303) 204-6141
sanjin@milehighlawoffice.com

## CERTIFICATE OF SERVICE

I hereby certify that on this October 29, 2013, the foregoing document was served via electronic mail, in accordance with the Federal Rules of Civil Procedure, and/or the District's Local Rules, upon the following parties and participants.

Charles B. Molster, III
Winston & Strawn LLP
1700 K Street, N.W.
Washington, D.C. 20006
Phone: 202.282.5000/Fax: 202.282.5100
Email: cmolster@winston.com

Krishnan Padmanabhan
Winston & Strawn, LLP-New York
200 Park Avenue
New York, NY 10166-4193
Phone: 212.294.6700/Fax: 212.294.4700
Email: kpadmanabhan@winston.com

Kurt Aaron Mathas
Winston & Strawn, LLP-Chicago
35 West Wacker Drive
Chicago, IL 60601-9703
Phone: 312.558.8329/Fax: 312.558.5100
Email: kmathas@winston.com

Peter E. Chavalier
Zayo Group, LLC
400 Centennial Parkway, Suite 200
Louisville, CO 80027
Phone: 303.414.4008/Fax: 303.226.5039
Email: peter.chevalier@zayo.com

/s/ Paul A. Lesko