IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 13-cv-00887-RBJ

BRILLIANT OPTICAL SOLUTIONS LLC,

    Plaintiff,

v.

ZAYO GROUP, LLC,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

The Court has considered the Stipulated Motion for Dismissal with Prejudice and hereby orders that this case, including all claims and counterclaims, be dismissed with prejudice. Each party shall bear its own costs, expenses, and attorneys' fees.

DATED this 29th day of October, 2013.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge